FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 15  A 10: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALVADOR JOSEPH PANNO | CIVIL ACTION |
| VERSUS | NO. 04-927 |
| JO ANN B. BARNHART, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | SECTION "C" (3) |

## ORDER

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of the plaintiff, Salvador Joseph Panno, is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana, this 12 day of Aug, 2005.

UNITED STATES DISTRICT JUDGE